ANOOP PRASAD (#250681)
JINGNI (JENNY) ZHAO (#284684)
KEVIN CHUN HOI LO (#278908)
MELANIE CHUN-YU KIM (#292588)
ASIAN AMERICANS ADVANCING JUSTICE –
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 896-1701
Fax: (415) 896-1702
Email: kevinl@advancingjustice-alc.org

Attorneys for Petitioner XIANG PING SONG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIANG PING SONG,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID W. JENNINGS, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; THOMAS D. HOMAN, Acting Director, United States Immigration and Customs Enforcement; JOHN F. KELLY, Secretary, United States Department of Homeland Security; and JEFFERSON B. SESSIONS III, United States Attorney General,<br><br>    Respondents. | Case No. 3:17-cv-03407<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE |

The Court having considered the pleadings and documents on file in this matter, and good cause having been shown in Petitioner's Application for Order to Show Cause Pursuant to 28 U.S.C. § 2243 and Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Petitioner's Application for Order to Show Cause is hereby GRANTED.

IT IS THEREFORE ORDERED that Respondents shall file a return within  60   days of

the issuance of this Order; Petitioner shall have an opportunity to file a traverse or reply within __30__ days of the filing of Respondents' return; ~~and this matter shall be heard by this Court on _____, 2017~~. The Court shall later determine a date on which to hear this matter if a hearing is necessary.

Dated: June __14__, 2017

_____
UNITED STATES DISTRICT JUDGE